**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America, | No.: 10-8627M |
| Plaintiff, | |
| vs. | **ORDER** |
| Joel Neri-Ramirez, | |
| Defendants. | |

This matter arises on Defendant's Motion to Extend Time to Indict. (Doc. 9)

It is, and has been, the District Court of Arizona's policy since 2000 to deny motions to extend time to indict and grant them only in illegal re-entry felony cases. Because Defendant is not charged with Reentry of Removed Alien (despite the motion's incorrect assertion otherwise), even though he may not be a United States citizen and is in the United States unlawfully, the subject motion will be denied. Defendant is not, however, without a remedy to preserve any "fast-track" plea agreement if he was to timely waive his 5th Amendment right to indictment and proceed by information. *United States v. Arellano-Rivera*, 244 F.3d 1119 (9th Cir. 2001).

Based on the foregoing,

**IT IS ORDERED** that Defendant's Motion to Extend Time to Indict, doc. 9, Is **DENIED**. *See United States v. Ramirez-Cortez*, 213 F.3d 1149 (9th Cir. 2000) (defendant

1  cannot waive the protections of the Speedy Trial Act indictment clock by stipulating to a
2  continuance).
3      DATED this 28th day of January, 2014.

_____
James F. Metcalf
United States Magistrate Judge